IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00344-LTB-CBS

USA FAX LAW CENTER, INC., a Colorado corporation,

      Plaintiff,

v.

IHIRE INC, n/k/a VALUE ASSET LEASING, INC., a Maryland corporation;
IHIRE, INC., a Delaware limited liability company;
DAVID MACFADYEN, individually, and in his official capacity as President and CEO of IHIRE, INC, n/k/a VALUE ASSET LEASING, INC.;
DONALD MACFADYEN, individually, and in his official capacity as a Director of IHIRE, INC.; n/k/a VALUE ASSET LEASING, INC.;
JASON MACFADYEN, individually, and in his official capacity as a Director of IHIRE, INC, n/k/a VALUE ASSET LEASING, INC.;
MELVIN COURSEY, individually;
MEGAN COURSEY, individually;
R.J. FRIEDLANDER, individually;
MACK FRIEDLANDER, individually;
KATIE FRIEDLANDER, individually;
ERIC HARTMAN, individually;
DAWN BAIR, individually;
RICHARD MCINTYRE, individually;
BERNARD HOFFMAN, individually;
LOMA HOFFMAN, individually;
MALORY FACTOR, individually;
ERIC VON HIPPEL, individually;
GREG WILLIAMS, individually;
SHAWN PARKER individually;
RON GOLDBERG, individually;
JOHN ESTEP, individually;
BUTCH FISHER, individually;
JANINE RATHBURN, individually; and
JOHN DOES #1-100 whose true names are unknown,

Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Final Pretrial Conference (filed May 31, 2005) is **GRANTED**.

The final pretrial conference set for **June 2, 2005, at 9:30 a.m. (Mountain Time)** is **CONVERTED** to a telephonic status conference.

### **\*\*INSTRUCTIONS FOR TELEPHONIC PARTICIPATION\*\***

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**   June 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**CERTIFICATE OF MAILING**
Civil Action No. 04-cv-00344-LTB-CBS

---

I hereby certify on _____, 2005, a copy of the foregoing document entered by Magistrate Judge Shaffer was served by depositing the same in the United States mail, to the following persons:

| | |
|---|---|
| Frank J. Ball, Esq. | Brandee L. Caswell, Esq. |
| Stephen S. Allen, Esq. | Lowe, Fell & Skogg, LLC |
| Law Offices of Frank J. Ball | 370 17th Street, Ste. 4900 |
| 7880 E. Berry Place | Denver, CO  80202 |
| Greenwood Village, CO  80111 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

---

Deputy Clerk