IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-00344-LTB-CBS

US FAX LAW CENTER, INC., a Colorado corporation,

      Plaintiff,

v.

IHIRE, INC., n/k/a VALUE ASSET LEASING, INC., a Maryland corporation,
IHIRE, LLC., a Delaware limited liability company,
DAVID MACFADYEN, individually, and in his official capacity as President and CEO of
IHIRE, INC, n/k/a VALUE ASSET LEASING, INC.,
DONALD MACFADYEN, individually, and in his official capacity as a Director of IHIRE,
INC., n/k/a VALUE ASSET LEASING, INC.,
JASON MACFADYEN, individually, and in his official capacity as a Director of IHIRE,
INC., n/k/a VALUE ASSET LEASING, INC.,
MELVIN COURSEY, individually,
MEGAN COURSEY, individually,
R.J. FRIEDLANDER, individually,
MACK FRIEDLANDER, individually,
KATIE FRIEDLANDER, individually,
LAURIE BRYAN,, individually,
ALANA CRAFT-DENTON, individually,
ERIC HARTMAN, individually,
DAWN BAIR, individually,
RICHARD MCINTYRE, individually,
BERNARD HOFFMAN, individually,
LOMA HOFFMAN, individually,
MALORY FACTOR, individually,
ERIC VON HIPPEL, individually,
GREG WILLIAMS, individually,
SHAWN PARKER, individually,
RON GOLDBERG, individually,
JOHN ESTEP, individually,
BUTCH FISHER, individually,
JANINE RATHBURN, individually,

1

Defendants.

_____

**JUDGMENT**

_____

PURSUANT TO and in accordance with the Memorandum Opinion And Order

entered by the Honorable United States District Chief Judge Lewis T. Babcock, on

June 22, 2005, it is

ORDERED that defendants' joint motion for summary judgment and motion to

dismiss pursuant to Fed.R.Civ. P.12 (b)(6) is GRANTED. It is

FURTHER ORDERED that plaintiff's common-law claims for negligence,

trespass, and conversion are DISMISSED. It is

FURTHER ORDERED that plaintiff's Colorado Consumer Protection Act claim

is DISMISSED. It is

FURTHER ORDERED that judgment is entered for Defendants IHIRE, Inc..,

n/k/a Value Asset Leasing, Inc., a Maryland corporation, IHIRE, LLC., a Delaware

limited liability company, David Macfadyen, individually, and in his official capacity as

President and CEO of IHIRE, INC, n/k/a Value Asset Leasing, Inc.,          Donald

Macfadyen, individually, and in his official capacity as a Director of IHIRE, INC., n/k/a

Value Asset Leasing, Inc., Jason Macfadyen, individually, and in his official capacity as

2

a Director of IHIRE, INC., n/k/a Value Asset Leasing, Inc., Melvin Coursey, individually,

Megan Coursey, individually, R.J. Friedlander, individually, Mack Friedlander,

individually, Katie Friedlander, individually Laurie Bryan, individually Alana Craft-

Denton, individually, Eric Hartman, individually, Dawn Bair, individually, Richard

Mcintyre, individually, Bernard Hoffman, individually, Loma Hoffman, individually,

Malory Factor, individually,

Eric Von Hippel, individually, Greg Williams, individually, Shawn Parker, individually,

Ron Goldberg, individually, John Estep, individually Butch Fisher, individually, Janine

Rathburn, individually, and against the Plaintiff US Fax Law Center.  It is

FURTHER ORDERED that the action and complaint are dismissed.  It is

FURTHER ORDERED that defendants are awarded costs upon the filing of a

Bill of Costs with the Clerk of Court within ten days entry of judgment.


DATED at Denver, Colorado this 23th day of June 2005.


FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/Stephen P. Ehrlich
By:_____
 Stephen P. Ehrlich, Chief Deputy Clerk