IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04 - B - 0344 (CBS)

US FAX LAW CENTER, INC., a Colorado corporation, )
        Plaintiff, )
    v. ) **NOTICE OF APPEAL**
IHIRE, INC., n/k/a VALUE ASSET LEASING, INC., )
a Maryland corporation, )
IHIRE, LLC, a Delaware limited liability company, )
DAVID MACFADYEN, individually, and in his official )
capacity as President and CEO of IHIRE, INC., )
n/k/a VALUE ASSET LEASING, INC., )
DONALD MACFADYEN, individually, and in his official )
capacity as a Director of IHIRE, INC., )
n/k/a VALUE ASSET LEASING, INC., )
JASON MACFADYEN, individually, and in his official )
capacity as a Director of IHIRE, INC., )
n/k/a VALUE ASSET LEASING, INC., )
MELVIN COURSEY, individually, )
MEGAN COURSEY, individually, )
R. J. FRIEDLANDER, individually, )
MACK FRIEDLANDER, individually, )
KATIE FRIEDLANDER, individually, )
LAURIE BRYAN, individually, )
ALANA CRAFT-DENTON, individually, )
ERIC HARTMAN, individually, )
DAWN BAIR, individually, )
RICHARD MCINTYRE, individually, )
BERNARD HOFFMAN, individually, )
LORNA HOFFMAN, individually, )
MALORY FACTOR, individually, )
ERIC VON HIPPEL, individually, )
GREG WILLIAMS, individually, )
SHAWN PARKER, individually, )
RON GOLDBERG, individually, )
JOHN ESTEP, individually, )
BUTCH FISHER, individually, and )
JANINE RATHBURN, individually, )
        Defendants. )

Notice is hereby given that US FAX LAW CENTER, INC., a Colorado corporation, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order, filed in this action on the 28th day of March, 2005, the Memorandum Opinion and Order, filed in this action on the 13th day of June, 2005, the Memorandum Opinion and Order, filed in this action on the 22nd day of June, 2005, and the final Judgment, filed in this action on the 23rd day of June, 2005, and entered on the 24th day of June, 2005.

Respectfully submitted this 8th day of July, 2005.

LAW OFFICES OF FRANK J. BALL

*Stephen S. Allen*

Stephen S. Allen, CO #31974
7880 E. Berry Place
Greenwood Village, CO 80111
Telephone: (303) 629-7000
Attorneys for Plaintiff
Our File No. JF001473

Plaintiff's Address:
8200 S. Quebec Ste A-3304
Centennial, Colorado 80112

**CERTIFICATE OF SERVICE**

I hereby certify that this 8th day of July, 2005, a true and correct copy of the foregoing Notice of Appeal was served on counsel for Defendants via United States Mail, postage prepaid, and properly addressed to the following:

Kenneth K. Skogg, Esq.
Brandee L. Caswell, Esq.
Lowe, Fell & Skogg, LLC
370 17th Street, Suite 4900
Denver, CO 80202

*Robin Stumpe*