# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

November 21, 2006

NOV 21 2006

GREGORY C. LANGHAM
CLERK

NOTIFICATION OF MAILING

Re:   05-1325, USA Fax Law Center v. iHire, Inc.
      Dist/Ag docket: 04-B-344(CBS)

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Frank J. Ball
7880 E. Berry Place
Greenwood Village, CO 80111

Mr. Stephen S. Allen
7880 E. Berry Place
Greenwood Village, CO 80111

Mr. Andrew L. Quiat
Andrew L. Quiat Law Office
8200 South Quebec Street
#A-3185
Englewood, CO 80112-3194


Ms. Brandee L. Caswell
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Mr. Agim M. Demirali
Demirali Law Firm
875 S. Colorado Blvd., Suite 662
Denver, CO 80246

Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105

901 19th Street
Denver, CO 80294-3589

_____
DEPUTY CLERK

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**FILED**
United States Court of Appeals
Tenth Circuit
NOV 17 2006
ELISABETH A. SHUMAKER
Clerk

Motion to Withdraw as Counsel

| | |
|---|---|
| US FAX LAW CENTER, INC. ) | |
| ) | |
| Plaintiff-Appellant ) | |
| ) | |
| v. ) | Case No. 05-1325 |
| ) | |
| IHIRE, INC., et al. ) | |
| ) | |
| Defendants-Appellees ) | |

**GRANTED**
NOV 21 2006
BY: ELISABETH A. SHUMAKER
Deputy Clerk

The undersigned, Stephen S. Allen, with the Law Offices of Frank J. Ball, who has entered his appearance in this action on behalf of Plaintiff-Appellant, requests entry of an order permitting him to withdraw as counsel of record for Plaintiff-Appellant. In support of this motion, the undersigned states as follows:

1. Pursuant to 10th Cir. R. 46.1(A), the undersigned seeks an order of this Court to withdraw as counsel of record for Plaintiff-Appellant.

2. Subsequent to the undersigned entering his appearance in this matter, Andrew L. Quiat, Esq., General Counsel of US Fax Law Center, Inc., also entered his appearance as co-counsel for Plaintiff-Appellant. The Entry of Appearance filed by co-counsel is on file with the Court.